**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7130**

BRANDEN MAURICE LABARGE,

Petitioner - Appellant,

v.

J. C. STREEVAL, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:22-cv-00476-JPJ-PMS)

Submitted:  November 21, 2022                    Decided:  December 1, 2022

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and MOTZ, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Branden Maurice LaBarge, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Branden Maurice LaBarge seeks to appeal the magistrate judge's order granting the Government's motion for a stay and the district court's order denying LaBarge's motion to reconsider. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders LaBarge seek to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny LaBarge's emergency petition for permission to appeal and dismiss the appeal without prejudice for lack of jurisdiction.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] To the extent LaBarge seeks authorization from this Court to pursue an interlocutory appeal, he must first obtain such authorization from the district court. *See* 28 U.S.C. § 1292(b).

2